# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WILLIAM PEREZ,**

      **Plaintiff,**

      **v.**

**UNITED STATES,**

      **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**No. 18-217C**
**Filed: February 19, 2020**

## O R D E R

The court is in receipt of plaintiff's February 19, 2020 notice of voluntary of dismissal without prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A) of the Rules of the United States Court of Federal Claims (2019), this court **ORDERS** that this case be **DISMISSED** without prejudice, with each party to bear its own costs, including any attorneys' fees.

**IT IS SO ORDERED**.

                                                      s/Marian Blank Horn
                                                  **MARIAN BLANK HORN**
                                                      **Judge**